Case 3:15-cr-00174-JCH    Document 655    Filed 12/18/24    Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

United States of America
v.
ROBERT SHORT

Case No: 3:15CR174 (JCH)

USM No: 23184-014

Date of Original Judgment: 10/11/2017
Date of Previous Amended Judgment: 10/21/2020
*(Use Date of Last Amended Judgment if Any)*

not applicable
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

After review of PSR Addendum and the government's Opposition to the defendant's Motion, the court concludes that the defendant is not eligible for a reduction in sentence under Amendment 821.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/18/2024

/s/ Janet C. Hall
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Janet C. Hall, United States District Judge
*Printed name and title*